AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

<div style="float:right">

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Nov 19, 2021

SEAN F. McAVOY, CLERK

</div>

GRAHAM SHERRILL,

|  |  |
|---|---|
| *Plaintiff* | ) ) ) ) ) ) |
| v. | Civil Action No.   2:21-cv-00201-RMP |
| CUS WATKINS and SGT. ACALA, | |
| *Defendant* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐   the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑   other:   Second Amended Complaint is DISMISSED with prejudice for failure to state a claim upon which relief may be granted under 28 U.S.C. § 1915(e)(2).
Judgment of Dismissal is entered.

This action was *(check one)*:

☐   tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision was reached.

☑   decided by Judge    ROSANNA MALOUF PETERSON _____

Date:   11/19/2021 _____

CLERK OF COURT

SEAN F. McAVOY _____

s/ Allison Yates _____
*(By) Deputy Clerk*

Allison Yates _____